**Gloria Patricia JARAMILLO,
Petitioner,**

v.

**Eric H. HOLDER, Jr., United States
Attorney General.***

**No. 08–4829–ag.**

United States Court of Appeals,
Second Circuit.

Nov. 10, 2009.

---

* Pursuant to Federal Rule of Appellate Procedure 43(c)(2), Attorney General Eric H. Holder Jr. is automatically substituted for former Attorney General Michael B. Mukasey as respondent in this case.

Alan Michael Strauss, New York, NY, for Petitioner.

Michael F. Hertz, Acting Assistant Attorney General; Shelley R. Goad, Senior Litigation Counsel; Carmel A. Morgan, Trial Attorney, Office of Immigration Litigation, United States Department of Justice, Washington, D.C., for Respondent.

PRESENT: DENNIS JACOBS, Chief Judge, REENA RAGGI and PETER W. HALL, Circuit Judges.

### *SUMMARY ORDER*

The 60–day voluntary departure period, which began to run on September 3, 2008, will be stayed from the October 1, 2008 filing date of Jaramillo's motion for a stay of voluntary departure until the date that this court's mandate issues. As we have completed our review, any pending motion for a stay of removal in this petition is DISMISSED as moot.